IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01902-AP

EDWARD LEE RYE,

      Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**     **APPEARANCES OF COUNSEL**

    **For Plaintiff:**

    s/Kristina Vasold 12/12/08
    for Katherine E. McClure
    kvasold@sawayalaw.com
    kmmcclure@sawayalaw.com
    Sawaya, Rose & Kaplan, P.C.
    1600 Ogden Street
    Denver, CO 80218
    (303) 839-1650

    **For Defendant:**

    TROY A. EID
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney

    Debra J. Meachum
    Special Assistant United States Attorney
    Office of the General Counsel
    1961 Stout Street, Suite 1001A
    Denver, CO 80294
    (303) 844-1570
    debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed**: 9/5/08.**
   B. Date Complaint Was Served on U.S. Attorney's Office**: 10/14/08.**
   C. Date Answer and Administrative Record Were Filed**: 11/24/08.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

   The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due**:        1/16/09.**
   B. Defendant's Response Brief Due**:     2/16/09.**
   C. Plaintiff's Reply Brief (If Any) Due**: 3/2/09.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.   Defendant's Statement: Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 15th day of December, 2008.

BY THE COURT:

<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

s/Kristina Vasold 12/12/08
for Katherine E. McClure
kvasold@sawayalaw.com
kmmcclure@sawayalaw.com
Sawaya, Rose & Kaplan, P.C.
1600 Ogden Street
Denver, CO 80218
(303) 839-1650

**For Defendant**:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

s/Debra J. Meachum 12/12/08
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 844-1570
debra.meachum@ssa.gov