IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01902-MSK

EDWARD LEE RYE,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

THIS MATTER comes before the Court on the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Motion) **(#21)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendant is **ORDERED** to pay the amount of $3,065.00 to Plaintiff for attorney fees pursuant to the Equal Access to Justice Act. Payment of this amount shall constitute a complete release from and bar to any claims Plaintiff may have relating to Equal Access to Justice Act costs and fees in connection with this action. This award is without prejudice to the right of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the Equal Access to Justice Act.

DATED this 25th day of June, 2009.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge